FILED
RICHARD W. HAGEL
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

2020 FEB 19 PM 1:10

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DAYTON

(M.)
Aladdin Bey

Luna LaToya Bey
_____
(Enter Above the Name of the Plaintiff in this Action)

3:20 cv 066

Dayton Police Department
J.S. Huber car Badge # (642)
J.W Howard Badge car # (620)
_____
(Enter above the name of the Defendant in this Action)

THOMAS M. ROSE

MICHAEL J. NEWMAN

If there are additional Defendants, please list them:

_____

_____

_____

_____

(CLAIM) FOR CIVIL CASE
~~COMPLAINT~~

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Aladdin Moroc Bey / Luna LaToya Bey
Name - Full Name Please - PRINT

c/o P.O. Box 1542
Street Address

Dayton Territory, Ohio Republic [near 45401]
City, State and Zip Code

(937) 267-0542
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. J.S Huber Car Badge#(642) Dayton police Department
   Name - Full Name Please

   335 w Third St. Dayton Territory, Ohio republic [near 45402]
   Address: Street, City, State and Zip Code

2. J.W Howard Car Badge#(620) Dayton territory, Ohio republic
   335 W. Third St. Dayton Territory, Ohio republic [near 45402]

3. _____

_____

4. _____

_____

5. _____

_____

6. _____

_____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title 18 United States Code, Section 2255
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                   Caption

_____   _____ vs. _____

_____   _____ vs. _____

_____   _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _____ day of _____, 20____.

_____
Signature of Plaintiff

-4-

Exhibit (A) Affidavit of Fact
Exhibit (B) Traffic Crash Report
Exhibit (C) Invoice Bills
Exhibit (D) Affidavit Of Finacial Statement
Exhibit (E) Order of Protection International Document

cc. International world court
cc.











Allodial American National
**Identification Card**
Substantive Birthrights

Appellation: **Luna LaToya Bey**
**Born Day:** 6/20/1995 **Natural Person / In Full Life**
National Domicile: **North America** Race: **Human**
Ancestral Estate: **North, South, Central, Amexem/Africa/America**

Hair: Black
Eyes: Brown
Height: 5'0"
Weight: 150

Mail Location: c/o **Post Office Box 1542**
**Dayton, Ohio Republic [45401]**
Nationality: / Moor American
Autograph:
All Rights Reserved and Retained

Freehold by Birthright, Primogeniture & Inheritance; Aboriginal Native American;
Heirs of North America; National People of the Land. Divine Law; United States
Code of Law - Title 22, Ch. 2, Sec 141; of a General and Permanent Character;
Not Taxed: AA222141; Constitution - Art.1, Sec.2, Clause 3; Treaties.




Allodial American National
**Identification Card**
Substantive Birthrights

Appellation: **Aladdin Moroc Bey**
**Born Day:** 6/2/1988 **Natural Person / In Full Life**
National Domicile: **North America** Race: **Human**
Ancestral Estate: **North, South, Central, Amexem/Africa/America**

Hair: Black
Eyes: Brown
Height: 5'11"
Weight: 190

Mail Location: c/o **Post Office Box 1542**
**Dayton, Ohio Republic [45401]**
Nationality: Moor American
Autograph:
All Rights Reserved and Retained

Freehold by Birthright, Primogeniture & Inheritance; Aboriginal Native American;
Heirs of North America; National People of the Land. Divine Law; United States
Code of Law - Title 22, Ch. 2, Sec 141; of a General and Permanent Character;
Not Taxed: AA222141; Constitution - Art.1, Sec.2, Clause 3; Treaties.



# Moorish National Government

C/O P.O. BOX 1542
Dayton Territory,
Ohio Republic, Near [45401]

**Without Prejudice**
**1-207/1-308 U.C.C.**

Please File, Stamp, Copy
and Send me one Back
To verify filing

  

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

# Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)

Date: 2/17/20

**Luna LaToya Bey and Aladdin Moroc Bey** Authorized Representative, Natural Person, In Propria Persona:

Ex Relatione: LYDIA SMITH AND NAVAUGHN GILROY All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Dayton Territory
C/o P.O. Box 1542
Dayton Territory, Ohio Republic [45401]
Non-Domestic

To:
District Court of Ohio
Office of the Clerk
Federal Building, 200 W 2nd St #712, Dayton, OH 45402
Dayton Territory, Ohio Republic
[45402] USA

## Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

### Article VI
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

### Article 1, Section X
"All debts shall be payable in gold or silver coin"

### Amendment V
"No Person shall be deprived of due process of law"

I affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

### Amendment IX

" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* ***Miranda v. Arizona 384 US 436, 125:***

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,
I Am: *Luna LaToya Bey* / Abdullah, Bey
**Luna LaToya Bey //**
**Aladdin Moroc Bey** Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione LYDIA SMITH / NAVAUGHN GILROY
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Dayton Territory
C/o P.O. BOX 1542
Dayton Territory, Ohio Republic
Near [45401]

Non-Domestic

  

# THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

# Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)

Date: $2/17/20$

**Luna LaToya Bey and Aladdin Moroc Bey** Authorized Representative, Natural Person, In Propria Persona:

Ex Relatione: LYDIA SMITH AND NAVAUGHN GILROY All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Dayton Territory
C/o P.O. Box 1542
Dayton Territory, Ohio Republic [45401]
Non-Domestic

To:
District Court of Ohio
Office of the Clerk
Federal Building, 200 W 2nd St #712, Dayton, OH 45402
Dayton Territory, Ohio Republic
[45402] USA

## Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

### Article VI
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

### Article 1, Section X
"All debts shall be payable in gold or silver coin"

### Amendment V
"No Person shall be deprived of due process of law"

I affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

### Amendment IX

" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* **_Miranda v. Arizona 384 US 436, 125:_**

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,
I Am: *Luna Lataya Bey / Aladdin M. Bey*
**Luna LaToya Bey /**
**Aladdin Moroc Bey** Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione LYDIA SMITH / NAVAUGHN GILROY
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Dayton Territory
C/o P.O. BOX 1542
Dayton Territory, Ohio Republic
Near [45401]

Non-Domestic






## The Moorish National Republic

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD




Allodial American National
**Identification Card**
Substantive Birthrights

Appellation: **Aladdin Moroc Bey**
**Born Day:** 6/2/1988  **Natural Person / In Full Life**
National Domicile: **North America**  Race: **Human**
Ancestral Estate: **North, South, Central, Amexem/Africa/America**

Hair:  Black     Mail Location: **c/o Post Office Box 1542**
Eyes:  Brown         **Dayton, Ohio Republic [45401]**
Height: 5'11"      **Nationality:** *Moor American*
Weight: 190        **Autograph:** *Aladdin Moroc Bey*
                    **All Rights Reserved and Retained**

R    T
I    H     Freehold by Birthright, Primogeniture & Inheritance; Aboriginal Native American;
G    U     Heirs of North America; National People of the Land. Divine Law; United States
H    M     Code of Law - Title 22, Ch. 2, Sec 141; of a General and Permanent Character;
T    B     Not Taxed: AA222141; Constitution - Art.1, Sec.2, Clause 3;  Treaties.





Allodial American National
**Identification Card**
Substantive Birthrights

Appellation: **Luna LaToya Bey**
**Born Day:** 6/20/1995  **Natural Person / In Full Life**
National Domicile: **North America**  Race: **Human**
Ancestral Estate: **North, South, Central, Amexem/Africa/America**

Hair:  Black     Mail Location: **c/o Post Office Box 1542**
Eyes:  Brown         **Dayton, Ohio Republic [45401]**
Height: 5'0"       **Nationality:** *Moor American*
Weight: 150        **Autograph:** *Luna LaToya Bey*
                    **All Rights Reserved and Retained**

R    T
I    H     Freehold by Birthright, Primogeniture & Inheritance; Aboriginal Native American;
G    U     Heirs of North America; National People of the Land. Divine Law; United States
H    M     Code of Law - Title 22, Ch. 2, Sec 141; of a General and Permanent Character;
T    B     Not Taxed: AA222141; Constitution - Art.1, Sec.2, Clause 3;  Treaties.

Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

**I, Luna LaToya Bey Ex: Relation LYDIA SMITH & Aladdin Moroc Bey Ex: Relation NAVAUGHN GILROY being duly Affirmed, Standing squarely, Declare and Proclaim, Upon Divine Law; Natures Law, Universal Law, Moorish Birthrights, International Law, and Constitutional Law, Declare and Say:**

## Actual and Constructive Notice

## Order of Protection

## International Document

### *Notice to Agent is Notice to Principal, Notice to principal is notice to Agent

**To all** PUBLIC SERVANTS-TRUSTEES, ACTORS, AGENTS, OFFICERS, MILITARY PERSONNEL I.E. POLICE (OFFICERS). STATE TROOPERS, MARSHALLS, JUDGES, MAGISTRATES, PROSECUTORS, OFFICERS OF THE COURTS ATTORNEYS, CLERKS, ET EAL.

> **You Are Hereby ordered** to *cease and desist* **ANY** and **ALL unlawful** actions perpetrated against any declared Aboriginal Indigenous Moor of Maghrib' al' Açca as said persons are under the political jurisdiction of Moorish American National. Said violation person(s) shall be named in a suit in the international World Court as a party in violation of the *Original 13th Article*, **"upon pain of DEATH and the forfeiture of all the rights and property of persons engaged therein". In addition to other charges inclusive of Treason, Kidnapping, Human Trafficking Misappropriation, Malfesance, Torture, Genocide, Violation of United States Republic Constitution (1791) and Treaty of Peace and Friendship (1786-87 &1836), etc.**






## The Moorish National Republic

# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD




Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

I, Luna LaToya Bey Ex: Relation LYDIA SMITH & Aladdin Moroc Bey Ex Rel: NAVAUGHN GILROY being duly Affirmed, Standing squarely, Declare and Proclaim, Upon Divine Law; Natures Law, Universal Law, Moorish Birthrights, International Law, and Constitutional Law, Declare and say this is Re:

# <u>AFFIDAVIT OF FACT REGARDING CAR COLLISON</u>

CLAIMANT

Injured Party: Luna Latoya Bey ex Rel: LYDIA SMITH

&

Injured party: Aladdin Moroc Bey ex Rel: NAVAUGHN GILLROY

"Alleged" **Report Claim No.**

"Alleged" **Local Report Num**

"Alleged" Bond **policy number:**

Vs.

RESPONDENT

DAYTON POLICE DEPARTMENT OFFICERS

J.S HUBER

J.W HOWARD

M. AMBROSE

Dyan Thomas

Injured Party(S): Luna Bey Ex: Rel LYDIA SMITH

&

Aladdin Bey Ex: Rel NAVAUGHN GILROY

Dear Risk management office/Insurance company/Dayton police dept.
Hello, we are writing this letter under duress disputing this claim as an injured party. As you may know, on September 19, 2019, at approximately 12:30pm we was traveling east on W Third St. in the second lane from the southern curb and was initially stopped in traffic at a red light at S Ludlow St. Witch was also eastbound on W Third St. Aladdin was wearing his seat belt but I Luna was not, but however we was both fully cognizant of surrounding traffic.
Aladdin was the traveler as I was the guest on the left passenger side. When Suddenly, and without Understanding there was a car collision caused by your Insured driver J.S. Huber and J.W. Howard with the Police Department Dispatch; hitting Luna Bey Ex Rel: LYDIA SMITH and Aladdin Bey Ex Rel: NAVAUGHN GILROY from the rear end of the vehicle 1997 all black Audi Causing Aladdin and I to fly forward towards the front dash board of the vehicle in immediate shock and extreme discomfort to both of our bodies and mental health; we are both in actual pain. After we just sat there while trying to gathering our thoughts together on what was the next best move after feeling attacked and being in this Unfortunate situation on are hands. A few minutes later driver J.S. Huber and J.W. Howard with the Police Department Dispatch came to the Left side of the vehicle to ask if we was alright Aladdin immediately told him "NO! WE ARE NOT ALRIGHT" me and my wife are in

severe pain, he then asked what is hurting and we both replied "EVERYTHING". We are both are in actual pain and a lot of discomfort, which caused Depression, anxiety, memory loss, insomnia as well other emotional disorders and physical limitations! I can't even interact with the children on a day to day basis; missing out on important school and events and family gatherings due to this car accident. There is even loss of consortium between me and my spouse... we are highly upset and hate the way life has took a wrong turn for us and my family since the day of 9/19/2019.

We are constantly going to the hospital and physical therapy and looking at other remedies to try to get better in the best way. But things are getting worst for the two of us, causing current and future pain and suffering. The evidence in the police report clearly shows your insured negligence was the direct and proximate cause of Damaged to our family and property and losses to our everyday living.

STATEMENT OF FACTS

As you may know, Dayton police department witnessed the collision. Behind your Insured J.S. Huber. Your Insured J.S. Huber is totally Liable for the Car Collision and carelessness on the road, it is cleared and precise that all witness with the police officers was a part of the investigation. And I, know that the Damages that me and my family have suffered mentally/ physically/ emotionally from the COLLISION has caused us a lot of stress and problems into the family and others trying to help us out, has fall back on your irresponsible Insured J.S Huber.

*See police Report Attached as well. Aladdin and I, have been communicating with Gov. Mike Dewine, Chief Beihl Dayton Police, Morocco Embassy, and the International community to redress my remedies as an injured and aggrieved party. This injury from your irresponsible insured J.S. Huber., J.W. Howard and Dayton police department has been devastating financially, mentally and emotionally damaging. I'm instructing DAYTON POLICE DEPT to provide the BOND POLICY NUMBER of your insurance company and failure to do so it will constitute limited and liability insurance fraud for failure to disclose your insurance policy.

\*These damages are pecuniary and punitive in its nature. I'm seeking a speedy recovery and remedies to make me whole.

\*I am seeking to be indemnified from the loss, damage that was incurred by your insured J.S. Huber, J.W. Howard, and Dayton police department.

These damages are pecuniary and punitive in its nature.

I'm seeking a speedy recovery and remedies to make me whole

\*Please contact me back at

Mailing Location: C/O   P.O. BOX 1542

Dayton Territory, Ohio Republic

Near [45401]

Yours truly,

*Luna LaToya Bey* Ex Rel: LYDIA SMITH &

*Aladdin Moroc Bey* Ex Rel: NAVAUGHN GILLROY

# TRAFFIC CRASH REPORT

OHIO DEPARTMENT OF PUBLIC SAFETY
SAFETY · SERVICE · PROTECTION

*DENOTES MANDATORY FIELD FOR SUPPLEMENT REPORT

| | LOCAL REPORT NUMBER * |
|---|---|
| | 1909190049 |

- [ ] PHOTOS TAKEN
- [ ] SECONDARY CRASH
- [ ] PRIVATE PROPERTY

- [ ] OH -2
- [ ] OH-1P
- [ ] OH -3
- [ ] OTHER

**LOCAL INFORMATION**
CPOD

**REPORTING AGENCY NAME ***
DAYTON POLICE DEPARTMENT

**NCIC ***
05702

**HIT/SKIP**
1 - SOLVED
2 - UNSOLVED

**NUMBER OF UNITS**
2

**UNIT IN ERROR**
1
98 - ANIMAL
99 - UNKNOWN

| COUNTY* | LOCALITY* | LOCATION: CITY. VILLAGE. TOWNSHIP* | CRASH DATE / TIME * | CRASH SEVERITY |
|---|---|---|---|---|
| 57 | 1 | 1 - CITY / 2 - VILLAGE / 3 - TOWNSHIP  Dayton | 09/19/2019 12:36 | 3  1 - FATAL / 2 - SERIOUS INJURY SUSPECTED / 3 - MINOR INJURY SUSPECTED / 4 - INJURY POSSIBLE / 5 - PROPERTY DAMAGE ONLY |

**LOCATION**

| ROUTE TYPE | ROUTE NUMBER | PREFIX | LOCATION ROAD NAME | ROAD TYPE | LATITUDE DECIMAL DEGREES |
|---|---|---|---|---|---|
| | | 4 | 1 - NORTH / 2 - SOUTH / 3 - EAST / 4 - WEST  Third | ST | 39.759169 |

**REFERENCE**

| ROUTE TYPE | ROUTE NUMBER | PREFIX | REFERENCE ROAD NAME (ROAD, MILEPOST, HOUSE #) | ROAD TYPE | LONGITUDE DECIMAL DEGREES |
|---|---|---|---|---|---|
| | | | 1 - NORTH / 2 - SOUTH / 3 - EAST / 4 - WEST  Ludlow | ST | -84.193813 |

| REFERENCE POINT | DIRECTION FROM REFERENCE | ROUTE TYPE | ROAD TYPE | INTERSECTION RELATED |
|---|---|---|---|---|
| 1  1 - INTERSECTION / 2 - MILE POST / 3 - HOUSE # | 1  1 - NORTH / 2 - SOUTH / 3 - EAST / 4 - WEST | IR - INTERSTATE ROUTE (TP) / US - FEDERAL US ROUTE / SR - STATE ROUTE / CR - NUMBERED COUNTY ROUTE / TR - NUMBERED TOWNSHIP ROUTE | AL - ALLEY / AV - AVENUE / BL - BOULEVARD / CR - CIRCLE / CT - COURT / DR - DRIVE / HE - HEIGHTS  HW - HIGHWAY / LA - LANE / MP - MILEPOST / OV - OVAL / PK - PARKWAY / PI - PIKE / PL - PLACE  RD - ROAD / SO - SQUARE / ST - STREET / TE - TERRACE / TL - TRAIL / WA - WAY | [X] WITHIN INTERSECTION OR ON APPROACH / [ ] WITHIN INTERCHANGE AREA  4  NUMBER OF APPROACHES |

| DISTANCE FROM REFERNCE | DISTANCE UNIT OF MEASURE | | | ROADWAY |
|---|---|---|---|---|
| | 1 - MILES / 2 - FEET / 3 - YARDS | | | [ ] ROADWAY DIVIDED |

| LOCATION OF FIRST HARMFUL EVENT | MANNER OF CRASH COLLISION/IMPACT | DIRECTION OF TRAVEL | MEDIAN TYPE |
|---|---|---|---|
| 1  1 - ON ROADWAY / 2 - ON SHOULDER / 3 - IN MEDIAN / 4 - ON ROADSIDE / 5 - ON GORE / 6 - OUTSIDE TRAFFIC WAY / 7 - ON RAMP / 8 - OFF RAMP  9 - CROSSOVER / 10 - DRIVEWAY/ALLEY ACCESS / 11 - RAILWAY GRADE CROSSING / 12 - SHARED USE PATHS OR TRAILS / 13 - BIKE LANE / 14 - TOLL BOOTH / 99 - OTHER / UNKNOWN | 2  1 - NOT COLLISION BETWEEN TWO MOTOR VEHICLES IN TRANSPORT / 2 - REAR-END / 3 - HEAD-ON  4 - REAR-TO-REAR / 5 - BACKING / 6 - ANGLE / 7 - SIDESWIPE, SAME DIRECTION / 8 - SIDESWIPE, OPPOSITE DIRECTION / 9 - OTHER / UNKNOWN | 3  1 - NORTH / 2 - SOUTH / 3 - EAST / 4 - WEST | 1 - DIVIDED FLUSH MEDIAN ( <4 FEET ) / 2 - DIVIDED FLUSH MEDIAN ( ≥4 FEET ) / 3 - DIVIDED, DEPRESSED MEDIAN / 4 - DIVIDED, RAISED MEDIAN (ANY TYPE) / 9 - OTHER / UNKNOWN |

| | WORK ZONE TYPE | LOCATION OF CRASH IN WORK ZONE | CONTOUR | CONDITIONS | SURFACE |
|---|---|---|---|---|---|
| [ ] WORK ZONE RELATED / [ ] WORKERS PRESENT / [ ] LAW ENFORCEMENT PRESENT / [ ] ACTIVE SCHOOL ZONE | 1 - LANE CLOSURE / 2 - LANE SHIFT/ CROSSOVER / 3 - WORK ON SHOULDER OR MEDIAN / 4 - INTERMITTENT OR MOVING WORK / 5 - OTHER | 1 - BEFORE THE 1ST WORK ZONE WARNING SIGN / 2 - ADVANCE WARNING AREA / 3 - TRANSITION AREA / 4 - ACTIVITY AREA / 5 - TERMINATION AREA | 1  1 - STRAIGHT LEVEL / 2 - STRAIGHT GRADE / 3 - CURVE LEVEL / 4 - CURVE GRADE / 9 - OTHER /UNKNOWN | 1  1 - DRY / 2 - WET / 3 - SNOW / 4 - ICE / 5 - SAND, MUD, DIRT, OIL. GRAVEL / 6 - WATER (STANDING, MOVING) / 7 - SLUSH / 9 - OTHER / UNKNOWN | 2  1 - CONCRETE / 2 - BLACKTOP, BITUMINOUS, ASPHALT / 3 - BRICK/BLOCK / 4 - SLAG , GRAVEL, STONE / 5 - DIRT / 9 - OTHER / UNKNOWN |

| LIGHT CONDITION | | WEATHER |
|---|---|---|
| 1  1 - DAYLIGHT / 2 - DAWN/DUSK / 3 - DARK - LIGHTED ROADWAY / 4 - DARK - ROADWAY NOT LIGHTED / 5 - DARK - UNKNOWN ROADWAY LIGHTING / 9 - OTHER / UNKNOWN | 1  1 - CLEAR / 2 - CLOUDY / 3 - FOG, SMOG, SMOKE / 4 - RAIN / 5 - SLEET, HAIL | 6 - SNOW / 7 - SEVERE CROSSWINDS / 8 - BLOWING SAND, SOIL, DIRT, SNOW / 9 - FREEZING RAIN OR FREEZING DRIZZLE / 99 - OTHER / UNKNOWN |

**NARRATIVE**

At about 1236 hours on 9-19-19, Unit #1 was traveling east on W Third St in the second lane from the southern curb and was initially stopped in traffic at S Ludlow St. The driver of Unit #1 let his foot off the brake, traveling east at about 1mph and bumped into the rear of Unit #2, which was also eastbound on W Third St in the second lane from the southern curb and was stopped in traffic. Brake lights on Unit #2 were working properly at the time of the crash.



Not To Scale

| CRASH REPORTED DATE / TIME | DISPATCH DATE / TIME | ARRIVAL DATE / TIME | SCENE CLEARED DATE / TIME | REPORT TAKEN BY |
|---|---|---|---|---|
| 09/19/2019 12:36 | 09/19/2019 12:36 | 09/19/2019 12:36 | 09/19/2019 13:15 | [X] POLICE AGENCY / [ ] MOTORIST |

| TOTAL TIME ROADWAY CLOSED | OTHER INVESTIGATION TIME | TOTAL MINUTES | OFFICER'S NAME* | CHECKED BY OFFICER'S NAME* | [ ] SUPPLEMENT |
|---|---|---|---|---|---|
| | | 39 | THOMAS, DYAN | SMILEY, SHAWN | (CORRECTION OR ADDITION TO AN EXISTING REPORT SENT TO ODPS) |
| | | | OFFICER'S BADGE NUMBER*  25245 | CHECKED BY OFFICER'S BADGE NUMBER*  25045 | |

**OHIO DEPARTMENT OF PUBLIC SAFETY** **UNIT**

| LOCAL REPORT NUMBER |
|---|
| 1909190049 |

**UNIT #** 2

**OWNER NAME:** LAST, FIRST, MIDDLE (☐ SAME AS DRIVER)
SMITH, LYDIA, L

**OWNER PHONE:** INCLUDE AREA CODE (☐ SAME AS DRIVER)

**OWNER ADDRESS:** STREET, CITY, STATE, ZIP (☐ SAME AS DRIVER)
1509 S SMITHVILLE RD, DAYTON, OH, 45410

**COMMERCIAL CARRIER:** NAME, ADDRESS, CITY, STATE, ZIP

**COMMERCIAL CARRIER PHONE:** INCLUDE AREA CODE

### DAMAGE

**DAMAGE SCALE**
1 - NONE   3 - FUNCTIONAL DAMAGE
2 - MINOR DAMAGE   4 - DISABLING DAMAGE
9 - UNKNOWN

Value: 1

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| OH | HRH7603 | WAUEA88D4VA083164 | 1997 | AUDI |

| INSURANCE ☐ VERIFIED | INSURANCE COMPANY NONE | INSURANCE POLICY # | COLOR BLK | VEHICLE MODEL A3 |
|---|---|---|---|---|

**DAMAGED AREA(S)**
INDICATE ALL THAT APPLY

**TYPE OF USE**
☐ COMMERCIAL   ☐ GOVERNMENT   ☐ IN EMERGENCY RESPONSE

**US DOT #**

**TOWED BY:** COMPANY NAME

☐ INTERLOCK DEVICE EQUIPPED   ☐ HIT/SKIP UNIT

**# OCCUPANTS** 2

**VEHICLE WEIGHT GVWR/GCWR**
1 - ≤10K LBS.
2 - 10,001 - 26K LBS.
3 - > 26K LBS.

**HAZARDOUS MATERIAL**
☐ MATERIAL RELEASED   CLASS #   PLACARD # ☐ PLACARD

**UNIT TYPE** 1
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

**# OF TRAILING UNITS**

**WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED?** 2
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
9 - OTHER/UNKNOWN

1 - YES   2 - NO   9 - OTHER / UNKNOWN   **AUTONOMOUS MODE LEVEL**
2 - PARTIAL AUTOMATION   5 - FULL AUTOMATION

**SPECIAL FUNCTION** 1
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIP.
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER / UNKNOWN

**CARGO BODY TYPE** 1
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGOVAN /ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER / UNKNOWN

**VEHICLE DEFECTS** 2
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT
99 - OTHER / UNKNOWN

☒ NO DAMAGE [0]   ☐ UNDERCARRIAGE [14]
☐ TOP [13]   ☐ ALL AREAS [15]
☐ UNIT NOT AT SCENE [16]

**NON-MOTORIST LOCATION** 4
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER / UNKNOWN

**INITIAL POINT OF CONTACT** 6
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE
99 - UNKNOWN

**ACTION** 4   **PRE-CRASH ACTIONS** 11
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER / UNKNOWN
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER / UNKNOWN

**CONTRIBUTING CIRCUMSTANCES** 1
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE /ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING /FALLING/SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

**TRAFFIC**

**TRAFFICWAY FLOW** 2
1 - ONE-WAY
2 - TWO-WAY

**TRAFFIC CONTROL** 2
1 - ROUNDABOUT
2 - SIGNAL
3 - FLASHER
4 - STOP SIGN
5 - YIELD SIGN
6 - NO CONTROL

**# OF THROUGH LANES ON ROAD** 2

**RAIL GRADE CROSSING**
1 - NOT INVOLVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

**SEQUENCE OF EVENTS**
1  20
2
3
4
5
6

**EVENTS**
1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL - FARM
18 - ANIMAL - DEER
19 - ANIMAL - OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT - STRUCK**
25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER
37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

**UNIT / NON-MOTORIST DIRECTION**
1 - NORTH   5 - NORTHEAST
2 - SOUTH   6 - NORTHWEST
3 - EAST   7 - SOUTHEAST
4 - WEST   8 - SOUTHWEST
9 - OTHER / UNKNOWN

FROM 4   TO 3

**UNIT SPEED** 0

**POSTED SPEED** 35

**DETECTED SPEED** 1
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

1  **FIRST HARMFUL EVENT**   1  **MOST HARMFUL EVENT**

**BILLED TO:**
Dayton Police Department /
Insurance Company
335 W Third St.
Dayton Ohio 45402

# Invoice

**INVOICE NUMBER**
00001

**DATE OF ISSUE**
10/21/2019

| DESCRIPTION | UNIT COST | QTY/HR RATE | AMOUNT |
|---|---|---|---|
| Medical bills | $30,000 | 1 | 30,000 |
| Lawyer fees/copies | $5000 | 1 | $0 |
| Car repairs | $1,000 | 1 | $0 |
| Medicine | $200 | 1 | $0 |
| chiropractor | $200 | 1 | $0 |
| Transportation/gas | $2250 | 1 | $0 |
| | $0 | 1 | $0 |

| | |
|---|---|
| SUBTOTAL | $38,650 |
| DISCOUNT | $0 |
| (TAX RATE) | 0% |
| TAX | $0 |

INVOICE TOTAL 38,650

This Bill Is NOT INCLUDING PAIN AND SUFFERING!!!!!!!!

PLEASE RESPOND WITHIN 10 BUISINESS DAYS REGARDING INSURANCE COMPANY
AND BOND POLICY NUMBER,SO THIS SETTLEMENT CAN HAVE A SPEEDY RELIEF

PAY TO THE ORDER OF Luna LaToya Bey $ 19,325 federal reserve notes
PAY TO THE  ORDER OF Aladdin Moroc Bey $ 19,325 federal reserve notes

**BILLED TO:**
Dayton Police Department /
Insurance Company
335 W Third St.
Dayton Ohio 45402

# Invoice

**INVOICE NUMBER**
00001

**DATE OF ISSUE**
10/21/2019

| DESCRIPTION | UNIT COST | QTY/HR RATE | AMOUNT |
|---|---|---|---|
| Medical bills | $30,000 | 1 | 30,000 |
| Lawyer fees/copies | $5000 | 1 | $0 |
| Car repairs | $1,000 | 1 | $0 |
| Medicine | $200 | 1 | $0 |
| chiropractor | $200 | 1 | $0 |
| Transportation/gas | $2250 | 1 | $0 |
| | $0 | 1 | $0 |

| | |
|---|---|
| SUBTOTAL | $38,650 |
| DISCOUNT | $0 |
| (TAX RATE) | 0% |
| TAX | $0 |

INVOICE TOTAL 38,650

This Bill Is NOT INCLUDING PAIN AND SUFFERING!!!!!!!!

PLEASE RESPOND WITHIN 10 BUISINESS DAYS REGARDING INSURANCE COMPANY
AND BOND POLICY NUMBER,SO THIS SETTLEMENT CAN HAVE A SPEEDY RELIEF

PAY TO THE ORDER OF Luna LaToya Bey $ 19,325 federal reserve notes
PAY TO THE  ORDER OF Aladdin Moroc Bey $ 19,325 federal reserve notes

FULL AND COMPLETE RELEASE OF ALL CLAIMS ON CONDITIONS

FOR AND IN CONSIDERATION OF THE SUM OF thirty-eight thousand and six-hundred and fifty dollars and zero cents.38,650.00)payable to Luna LaToya Bey and Aladdin Moroc Bey/Injured party...I Luna and Aladdin Bey is willing to discharge all claims only on conditions of settlement be met dollar for dollar. I am willing to release ,acquit ,hold harmless and forever discharge Your insurance company and your insured Dayton Police Dept. and agents respective agents,employees,partnerships,entities,corporations,liens,incident that occurred on sept.19.,2019re: car collision with your insured, on the conditions that my offer be met swiftly and settlement be done upon receipt of this document.


IT IS FURTHER AGREED AND UNDERSTOOD:

That this release is an instrument to settlement an undisputable claim and once settle for value( $38,650.00) there would be no liability or responsibility on the insuance company or your careless insured driver who crash behind our property.


BY SIGNING THIS RELEASE AFTER SETTLE DOES HEREBY ACKNOWLEDGE AND ATTEST that all parties  and We, Luna and Aladdin Bey settle a dispute with honor, respect and integrity

READ AND SIGNED this_____ day of_____ 2019 at_____

TITLE_____ STATE FARM REPRESENTATIVE_____

Please communicate in a timely manner within 10(ten) days@P.O. Box 1542   Dayton territory,Ohio republic near[ 45410]

**Premier Health**
Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

Patient: Bey,Aladdin M
MRN: <3983751>
Hospital Account Number: 104978137

Admission Date: 09/20/19
Discharge Date: 09/20/19
Print Date:    10/20/19

Dear Aladdin M Bey,

If you have not already done so, please contact Human Arc MIAMI VALLEY HOSPITAL Medicaid Vendor to apply for Medicaid to help in paying this bill. Payment of $6,532.12 is due now. To take advantage of this free service for assistance applying for Medicaid, please call Human Arc at 1-888-860-3537.

Please feel free to call us with any questions.

Sincerely,

MIAMI VALLEY HOSPITAL

Patient Financial Services

199
1



**Premier Health**
Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

1 of 1

☐ *Please see reverse side for financial assistance information and check this box if returning the completed form.

**ADDRESSEE:**



01-A  20191021  T002  S  000199

Aladdin M Bey
PO BOX 1542
DAYTON OH 45401-1542

MIAMI VALLEY HOSPITAL
P.O. BOX 932715
CLEVELAND, OH 44193-0015

**Premier Health**
Miami Valley Hospital

P.O. BOX 932715
CLEVELAND, OH 44193-0015

Patient: Bey,Luna Latoya
MRN: <3983754>
Hospital Account Number: 104978147

Admission Date: 09/20/19
Discharge Date: 09/20/19
Print Date:    10/20/19

Dear Luna Latoya Bey,

If you have not already done so, please contact Human Arc MIAMI VALLEY HOSPITAL Medicaid Vendor to
apply for Medicaid to help in paying this bill.  Payment of $6,532.12 is due now. To take advantage
of this free service for assistance applying for Medicaid, please call Human Arc at 1-888-860-3537.

Please feel free to call us with any questions.

Sincerely,

MIAMI VALLEY HOSPITAL

Patient Financial Services

200
1




**Premier Health**
Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

1 of 1

*Please see reverse side for financial assistance information
and check this box if returning the completed form.

ADDRESSEE:

01-A  20191021  T002  S  000200



Luna Latoya Bey
PO BOX 1542
DAYTON OH 45401-1542



MIAMI VALLEY HOSPITAL
P.O. BOX 932715
CLEVELAND, OH 44193-0015

**Dixie Chiropractic Inc**
**Dr David F. Heuser, DC**
2669 S Dixie Hwy
Dayton OH 45409-1504
(937) 643-0893


October 18, 2019


Aladdin M. Bey
P O Box 1542
Dayton, OH 45401


Patient #: 36328
RE: Aladdin M. Bey

| Date | Service Descriptions | Charge | Receipt | Total |
|------|----------------------|--------|---------|-------|
| 10/09/19 | 9920325 Examination, Detailed (New Pnt.) | 105.00 | | 105.00 |
| | | $105.00 | $0.00 | $105.00 |

Hospital Account: 104978137

Admitting Location:
MIAMI VALLEY HOSPITAL
1 WYOMING ST
DAYTON,OH  45409-2722

Aladdin M Bey
PO BOX 1542
DAYTON, OH 45401

This is an itemization of your hospital services for:

| | | | |
|---|---|---|---|
| **Patient**: | Bey,Aladdin M | **Admission Date**: | 09/20/19 |
| **Hospital Account**: | 104978137 | **Discharge Date**: | 09/20/19 |
| **Patient Type**: | Emergency | **MRN**:  219-81-05-85 | |

**Visit Coverages**:
Comm Ins - Accident Liability/med Pay/auto
**Financial Class:**
Commercial

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/20/19 | 0351 | 350002 | CT HEAD W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350020 | CT CERVICAL W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350023 | CT THORACIC W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350026 | CT LUMBAR W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0459 | 450003 | HS LEVEL 4 | 1 | 2,996.00 |

**Total charges:** 6,532.12
**Total payments and adjustments:**

Current Hospital Account Balance:     6,532.12

**Premier Health**
Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

Patient: Bey,Luna Latoya
MRN: <3983754>
Hospital Account Number: 104978147

Admission Date: 09/20/19
Discharge Date: 09/20/19
Print Date:    10/20/19

Dear Luna Latoya Bey,

If you have not already done so, please contact Human Arc MIAMI VALLEY HOSPITAL Medicaid Vendor to apply for Medicaid to help in paying this bill.  Payment of $6,532.12 is due now. To take advantage of this free service for assistance applying for Medicaid, please call Human Arc at 1-888-860-3537.

Please feel free to call us with any questions.

Sincerely,

MIAMI VALLEY HOSPITAL

Patient Financial Services

200
1

**Premier Health**
Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

1 of 1

☐ *Please see reverse side for financial assistance information and check this box if returning the completed form.

**ADDRESSEE:**



01-A  20191021  T002  S  000200
Luna Latoya Bey
PO BOX 1542
DAYTON OH 45401-1542

MIAMI VALLEY HOSPITAL
P.O. BOX 932715
CLEVELAND, OH 44193-0015

**Premier Health**
Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

Patient: Bey,Aladdin M
MRN: <3983751>
Hospital Account Number: 104978137

Admission Date: 09/20/19
Discharge Date: 09/20/19
Print Date:     10/20/19

Dear Aladdin M Bey,

If you have not already done so, please contact Human Arc MIAMI VALLEY HOSPITAL Medicaid Vendor to
apply for Medicaid to help in paying this bill.  Payment of $6,532.12 is due now. To take advantage
of this free service for assistance applying for Medicaid, please call Human Arc at 1-888-860-3537.

Please feel free to call us with any questions.

Sincerely,

MIAMI VALLEY HOSPITAL

Patient Financial Services

199
1

**Premier Health**
Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

1 of 1

☐ *Please see reverse side for financial assistance information
and check this box if returning the completed form.

**ADDRESSEE:**

01-A  20191021  T002  S  000199



Aladdin M Bey
PO BOX 1542
DAYTON OH 45401-1542

MIAMI VALLEY HOSPITAL
P.O. BOX 932715
CLEVELAND, OH 44193-0015



# Premier Health
## Miami Valley Hospital

P.O. BOX 932715
CLEVELAND, OH 44193-0015

Patient: Bey,Aladdin M
MRN: <3983751>
Hospital Account Number: 104978137

Admission Date: 09/20/19
Discharge Date: 09/20/19
Print Date:    10/20/19

Dear Aladdin M Bey,

If you have not already done so, please contact Human Arc MIAMI VALLEY HOSPITAL Medicaid Vendor to apply for Medicaid to help in paying this bill.   Payment of $6,532.12 is due now. To take advantage of this free service for assistance applying for Medicaid, please call Human Arc at 1-888-860-3537.

Please feel free to call us with any questions.

Sincerely,

MIAMI VALLEY HOSPITAL

Patient Financial Services

199
1



# Premier Health
## Miami Valley Hospital
P.O. BOX 932715
CLEVELAND, OH 44193-0015

1 of 1

*Please see reverse side for financial assistance information and check this box if returning the completed form.

ADDRESSEE:

01-A  20191021  T002  S  000199



Aladdin M Bey
PO BOX 1542
DAYTON OH 45401-1542

MIAMI VALLEY HOSPITAL
P.O. BOX 932715
CLEVELAND, OH 44193-0015

Hospital Account: 104978137

Admitting Location:
MIAMI VALLEY HOSPITAL
1 WYOMING ST
DAYTON,OH 45409-2722

Aladdin M Bey
PO BOX 1542
DAYTON, OH 45401

This is an itemization of your hospital services for:

| | | | |
|---|---|---|---|
| **Patient**: | Bey,Aladdin M | **Admission Date**: | 09/20/19 |
| **Hospital Account**: | 104978137 | **Discharge Date**: | 09/20/19 |
| **Patient Type**: | Emergency | **MRN**: 219-81-05-85 | |

**Visit Coverages**:
Comm Ins - Accident Liability/med Pay/auto
**Financial Class:**
Commercial

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/20/19 | 0351 | 350002 | CT HEAD W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350020 | CT CERVICAL W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350023 | CT THORACIC W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350026 | CT LUMBAR W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0459 | 450003 | HS LEVEL 4 | 1 | 2,996.00 |

**Total charges:** 6,532.12
**Total payments and adjustments:**

Current Hospital Account Balance: 6,532.12

**Dixie Chiropractic Inc**
**Dr David F. Heuser, DC**
2669 S Dixie Hwy
Dayton OH 45409-1504
(937) 643-0893

October 18, 2019

Aladdin M. Bey
P O Box 1542
Dayton, OH  45401

Patient #: 36328
RE: Aladdin M. Bey

| Date | Service Descriptions | Charge | Receipt | Total |
|------|---------------------|--------|---------|-------|
| 10/09/19 | 9920325 Examination, Detailed (New Pnt.) | 105.00 | | 105.00 |
| | | $105.00 | $0.00 | $105.00 |

**BILLED TO:**
Dayton Police Department /
Insurance Company
335 W Third St.
Dayton Ohio 45402

# Invoice

**INVOICE NUMBER**
00001

**DATE OF ISSUE**
10/21/2019

| DESCRIPTION | UNIT COST | QTY/HR RATE | AMOUNT |
|---|---|---|---|
| Medical bills | $30,000 | 1 | 30,000 |
| Lawyer fees/copies | $5000 | 1 | $0 |
| Car repairs | $1,000 | 1 | $0 |
| Medicine | $200 | 1 | $0 |
| chiropractor | $200 | 1 | $0 |
| Transportation/gas | $2250 | 1 | $0 |
| | $0 | 1 | $0 |

| | |
|---|---|
| SUBTOTAL | $38,650 |
| DISCOUNT | $0 |
| (TAX RATE) | 0% |
| TAX | $0 |
| INVOICE TOTAL | 38,650 |

This Bill Is NOT INCLUDING PAIN AND SUFFERING!!!!!!!!

PLEASE RESPOND WITHIN 10 BUISINESS DAYS REGARDING INSURANCE COMPANY
AND BOND POLICY NUMBER,SO THIS SETTLEMENT CAN HAVE A SPEEDY RELIEF

PAY TO THE ORDER OF Luna LaToya Bey $ 19,325 federal reserve notes
PAY TO THE  ORDER OF Aladdin Moroc Bey $ 19,325 federal reserve notes

Hospital Account: 105019117

Admitting Location:
MIAMI VALLEY HOSPITAL
1 WYOMING ST
DAYTON,OH 45409-2722

Aladdin M Bey
PO BOX 1542
DAYTON, OH 45401

This is an itemization of your hospital services for:

| **Patient**: | Bey,Aladdin M | **Admission Date**: | 10/11/19 |
|---|---|---|---|
| **Hospital Account**: | 105019117 | **Discharge Date**: | 10/11/19 |
| **Patient Type**: | Emergency | **MRN**: 219-81-05-85 | |

**Visit Coverages**:

**Financial Class:**
Self-Pay

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/11/19 | 0250 | 637000 | METHOCARBAMOL 500 MG TABLET (76385-123-01) | 2 | 0.43 |
| 10/11/19 | 0250 | 637000 | NAPROXEN 500 MG TABLET (60687-268-11) | 1 | 0.50 |
| 10/11/19 | 0320 | 320516 | SHOULDER COMPLETE MIN 2 VIEWS RT | 1 | 478.42 |
| 10/11/19 | 0459 | 450002 | HS LEVEL 3 | 1 | 1,460.55 |

**Total charges:** 1,939.90
**Total payments and adjustments:**

Current Hospital Account Balance:    1,939.90

Hospital Account: 104978137

Admitting Location:
MIAMI VALLEY HOSPITAL
1 WYOMING ST
DAYTON,OH 45409-2722

Aladdin M Bey
PO BOX 1542
DAYTON, OH 45401

This is an itemization of your hospital services for:

| | | | |
|---|---|---|---|
| **Patient**: | Bey,Aladdin M | **Admission Date**: | 09/20/19 |
| **Hospital Account**: | 104978137 | **Discharge Date**: | 09/20/19 |
| **Patient Type**: | Emergency | **MRN**: 219-81-05-85 | |

**Visit Coverages**:
Comm Ins - Accident Liability/med Pay/auto
**Financial Class**:
Commercial

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/20/19 | 0351 | 350002 | CT HEAD W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350020 | CT CERVICAL W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350023 | CT THORACIC W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350026 | CT LUMBAR W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0459 | 450003 | HS LEVEL 4 | 1 | 2,996.00 |

Total charges:      6,532.12
**Total payments and adjustments:**

Current Hospital Account Balance:   6,532.12

Hospital Account: 104978147

Admitting Location:
MIAMI VALLEY HOSPITAL
1 WYOMING ST
DAYTON,OH 45409-2722

Luna *Latoya Bey*
PO BOX 1542
DAYTON, OH 45401

This is an itemization of your hospital services for:

| | | | |
|---|---|---|---|
| **Patient**: | Bey,Luna Latoya | **Admission Date**: | 09/20/19 |
| **Hospital Account**: | 104978147 | **Discharge Date**: | 09/20/19 |
| **Patient Type**: | Emergency | **MRN**: | 219-81-05-89 |

**Visit Coverages**:
Comm Ins - Accident Liability/med Pay/auto
**Financial Class:**
Commercial

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/20/19 | 0351 | 350002 | CT HEAD W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350020 | CT CERVICAL W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350023 | CT THORACIC W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0352 | 350026 | CT LUMBAR W/O CONTRAST | 1 | 884.03 |
| 09/20/19 | 0459 | 450003 | HS LEVEL 4 | 1 | 2,996.00 |

Total charges: **6,532.12**
Total payments and adjustments:

Current Hospital Account Balance: 6,532.12

# Date:






## The Moorish National Republic

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

I, Luna LaToya Bey Ex: Relation LYDIA SMITH & Aladdin Moroc Bey Ex Rel: NAVAUGHN GILROY being duly Affirmed, Standing squarely, Declare and Proclaim, Upon Divine Law; Natures Law, Universal Law, Moorish Birthrights, International Law, and Constitutional Law,

Declare and say this is Re: 

Bill to Dayton police department

And insurance company bond policy number

Total $8700 medical bills

See attached statements

PAY TO THE ORDER Luna LaToya Bey $4350

PAY TO THE ORDER Aladdin Moroc Bey $4350

Total= $8700

Pay CASH OR CHECK OR MONEY ORDER WITHIN 5 DAYS

Contact P.O. BOX 1542 Dayton, Ohio Republic near [45401]

# Failure to do so DEBT will INCREASE

## Date:

  

### The Moorish National Republic

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

I, Luna LaToya Bey Ex: Relation LYDIA SMITH & Aladdin Moroc Bey Ex Rel: NAVAUGHN GILROY being duly Affirmed, Standing squarely, Declare and Proclaim, Upon Divine Law; Natures Law, Universal Law, Moorish Birthrights, International Law, and Constitutional Law,

Declare and say this is Re: 

Bill to Dayton police department

And insurance company bond policy number

Total $8700 medical bills

See attached statements

PAY TO THE ORDER Luna LaToya Bey $4350

PAY TO THE ORDER Aladdin Moroc Bey $4350

Total= $8700

Pay CASH OR CHECK OR MONEY ORDER WITHIN 5 DAYS

Contact P.O. BOX 1542 Dayton, Ohio Republic near [45401]

## Failure to do so DEBT will INCREASE

# Dixie Chiropractic

## PATIENT DATA SHEET 2019

### General Information

First Name _Alqddin_

Middle Initial _M_

Last Name _Bey_

Called Name _____

Address _P.O. Box 1542_

City _Dayton Territory_

State _Ohio Republic_

Zip Code _near [45401]_

Home Phone _____

Work Phone _____

Alternative Contact Phone _____

Cell Phone _____

Email Address _____

Name & Number of person to contact in an emergency
_____

Sex              (Male)      Female    (Moorish American)

Race (circle 1)    American Indian    Alaska Native    Asian                    Black or African American
                   Caucasian          Native Hawaiian  Other Pacific Islander   Declined to State

Ethnicity (circle 1)    Hispanic or Latino    Not Hispanic or Latino    Declined to State    (Moorish Moroccan)

Marital Status    Single    Married    Divorced    Separated    Other _N/A_

Number of Children _____

Birthdate _06-02-1988_

Social Security _N/A_

How did you come to our office? Referred by _____

Location_____ Coupon_____ Sign_____ Telephone Call_____ Newspaper_____ Other_____

Work Status    Employed Yes___ Part Time___ Full Time___
               Student    Yes _✓_ No___

Place of Employment _____

Occupation _____

Job Duties _____

Address _____

City, State, Zip _____

Phone Number _____

Can we contact you at work? Yes_____ No_____

Spouse's Name _____

Spouse's Phone _____

Spouse's Social Security _____

Spouse's Employer _____

Employer Phone # _____

Can we contact their work? Yes_____ No_____

### FOR STAFF ONLY:

☐Copy of picture ID    ☐Copy of insurance cards    ☐Update ledger/comp  ☐Financial/Insurance Arrangements

## Insurance Information

Who is responsible for your bill?   ☐Self   ☐Husband/Wife   ☐Employer Insurance ☐Other Dayton Police Insuran

Condition Information

| | | |
|---|---|---|
| Related to Employment | Yes | No |
| Related to Auto Accident | Yes | No |
| Related to Other Accident | Yes | No |

## Insured's Information

Are you insured? Yes_____ No_____

Who is the policy holder? Self_____ Spouse_____ Father_____ Mother_____ Other_____

### Policy Holder's Information

Name of Employer _____

First Name _____

Middle Initial _____

Last Name _____

Address _____

City, State, Zip _____

Phone Number _____

Social Security _____

Date of Birth _____

Sex              Male              Female

### Carrier Information

Plan Name _____

Insurance ID _____

Group No. _____

Benefits: Primary____ Secondary ____ Other ____

Coverage Effective Date _____

Phone _____

## Do you have a second or third Insurance Policy?

### Carrier Information—Company 2

Who is the policy holder? Self_____ Spouse_____ Father_____ Mother_____ Other_____

### Policy Holder's Information

Name of Employer _____

First Name _____

Middle Initial _____

Last Name _____

Address _____

City, State, Zip _____

Phone Number _____

Social Security _____

Date of Birth _____

Sex              Male              Female

### Carrier Information

Plan Name _____

Insurance ID _____

Group No. _____

Benefits: Primary____ Secondary ____ Other ____

Coverage Effective Date _____

Phone _____

### Carrier Information—Company 3

Who is the policy holder? Self_____ Spouse_____ Father_____ Mother_____ Other_____

### Policy Holder's Information

Name of Employer _____

First Name _____

Middle Initial _____

Last Name _____

Address _____

City, State, Zip _____

Phone Number _____

Social Security _____

### Carrier Information

Plan Name _____

Insurance ID _____

Group No. _____

Benefits: Primary____ Secondary ____ Other ____

Coverage Effective Date _____

Phone _____

## Patient Intake Form

Name: Aladdin Moroc Bey

Race (circle only 1)

Human

American Indian          Alaska Native
Asian                    White
Black or African American
Native Hawaiian          Other Pacific Islander
Declined to State        Moorish American

| Date: | |
|---|---|
| Acct #: | |
| Patient O2: R ___ L ___ | |
| Patient Pulse R ___ L ___ | |
| Patient BMI ___ | |
| Patient BP: R ___ L ___ | |

Ethnicity (circle only 1)    Declined to State    Hispanic or Latino
Not Hispanic or Latino    Al moroccan

Height 5'11"          Male/Female

Preferred Language English          Weight 180

List symptoms you are experiencing today.          Please mark on the line, the level of pain associated with each symptom.

(Do Not use numbers 1-10; just mark on the line where the pain would be.)

NO PAIN                                        WORST POSSIBLE PAIN

1. Lower Back Pain     1. I_____ I
2. neck pain           2. I_____ I
3. Vertebrae pain      3. I_____ I
4. _____     4. I_____ I
5. _____     5. I_____ I

Describe how the condition began   It began when I got hit from the Rear
of a car collision on the date of 9/19/2019

Have you seen any other doctors for this condition?  Yes  Miami Valley.

Are your present problems due to an injury? ☑Yes ☐No    Enter the date of the injury: 9/19/2019

Was the injury? ☐ Job Related  ☑Auto Accident  ☐Personal Injury ☐Other: _____

If the result of an injury, has the accident been reported? ☑Yes ☐No  If so, to whom? ☐To Employer ☑Auto Carrier
☐Other: _____

If the result of an injury, list symptoms experienced immediately after the injury: Please mark on the line, the level of pain.

NO PAIN                                        WORST POSSIBLE PAIN

1. Swelling in the neck   1. I_____ I
2. extreme Back Pain      2. I_____ I
3. Vertebrae Pain         3. I_____ I
4. _____    4. I_____ I
5. _____    5. I_____ I

List any tests, studies or medications received for this condition:
☑Tests/Studies: (MRI, EMG, X-Rays, etc.) MRI, X-RAY
☑Medications: Ibuprofen, Tylenol

Where you admitted to the hospital due to this condition: ☑Yes ☐No

If yes, what hospital? Miami Valley  Transported by? ☐Ambulance ☐Police ☑Other: _____

    Date Admitted: 9-20-19  Date Released: 9-20-19 Length of Stay: 3 hrs

    List the hospital procedures received: _____

---

Do you have any current work restrictions due to this condition?

    Off work: ☑Yes ☐No ☐Previously  From: _____ To: _____

    Light duty: ☐Yes ☐No ☐Previously (If yes, what are/were your restrictions?) _____

What type of work do you do? Law Legal camsel

**Where do you work?** Bey Law office

---

Is there any other condition you are suffering with that you would hope we could help you with? ☐Yes ☐No _____

_____

---

## HABITS

☐Current Every Day Smoker      ☐Current Some Day Smoker

☑Former Smoker      ☐Never Smoker

☐Drinking    Alcohol: (Drinks/day): _____     ☑Coffee    Cups/Day: 6

☐Soft Drink   Bottles or Cans/Day: _____     ☑Water    Cups/Day: 4

## EXERCISE      FAMILY HISTORY

| | | Diabetes | Cancer | Back Pain | Other |
|---|---|---|---|---|---|
| ☐None | | | | | |
| ☑Moderate | Mother | ☐ | ☐ | ☐ | ☐ |
| ☐Daily | Father | ☐ | ☐ | ☐ | ☐ |
| | Sibling(s) | ☐ | ☐ | ☐ | ☐ |

Children Age_____ Condition_____

         Age_____ Condition_____

         Age_____ Condition_____

Are you taking any medication (prescription or over-the-counter)? ☐Yes ☑No

If Yes, please indicate the following:

Medication: _____     Medication: _____

    Route:    Oral                      Route:    Oral
                Intravenous                    Intravenous
                Other: _____            Other: _____

    Frequency: _____        Frequency: _____
    Began Use: _____        Began Use: _____
    Discontinued Use: _____      Discontinued Use: _____

Medication: _____     Medication: _____

    Route:    Oral                      Route:    Oral
                Intravenous                    Intravenous
                Other: _____            Other: _____

    Frequency: _____        Frequency: _____
    Began Use: _____        Began Use: _____
    Discontinued Use: _____      Discontinued Use: _____

Have you taken any medications in the past? ☑Yes ☐No  If yes, which ones?: _Tylenol_____

Do you have allergies to medication? ☐Yes ☑No

If Yes, please indicate the following:

    Allergy: _____        Allergy: _____
    Reaction: _____       Reaction: _____
    Start Date: _____      Start Date: _____
    End Date: _____       End Date: _____

    Allergy: _____        Allergy: _____
    Reaction: _____       Reaction: _____
    Start Date: _____      Start Date: _____
    End Date: _____       End Date: _____

Have you ever had any surgeries? ☐Yes ☑No  (If yes, please enter the approximate date of surgery.)

| DATE | | DATE | | DATE | |
|---|---|---|---|---|---|
| _____ | Back Operation | _____ | Hernia | _____ | Gall Bladder |
| _____ | Female Organs | _____ | Thyroid | _____ | Stomach |

Other _____

Have you ever had X-rays taken? ☑Yes ☐No  When? _9/20/19_  By Whom? _Miami Valley_

For what ailments were these X-rays taken? _Car Accident_

ACN Group, Inc.  Form BI-100

ACN Group, Inc. Use Only  rev 3/27/2003

**Patient Name** Aladdin Maroc Bey          **Date** 10/10/19

This questionnaire will give your provider information about how your back condition affects your everyday life. Please answer every section by marking the one statement that applies to you. If two or more statements in one section apply, please mark the one statement that most closely describes your problem.

## Pain Intensity
- (0) The pain comes and goes and is very mild.
- (1) The pain is mild and does not vary much.
- (2) The pain comes and goes and is moderate.
- (3) The pain is moderate and does not vary much.
- (4) The pain comes and goes and is very severe.
- (5) The pain is very severe and does not vary much.

## Personal Care
- (0) I do not have to change my way of washing or dressing in order to avoid pain.
- (1) I do not normally change my way of washing or dressing even though it causes some pain.
- (2) Washing and dressing increases the pain but I manage not to change my way of doing it.
- (3) Washing and dressing increases the pain and I find it necessary to change my way of doing it.
- (4) Because of the pain I am unable to do some washing and dressing without help.
- (5) Because of the pain I am unable to do any washing and dressing without help.

## Sleeping
- (0) I get no pain in bed.
- (1) I get pain in bed but it does not prevent me from sleeping well.
- (2) Because of pain my normal sleep is reduced by less than 25%.
- (3) Because of pain my normal sleep is reduced by less than 50%.
- (4) Because of pain my normal sleep is reduced by less than 75%.
- (5) Pain prevents me from sleeping at all.

## Lifting
- (0) I can lift heavy weights without extra pain.
- (1) I can lift heavy weights but it causes extra pain.
- (2) Pain prevents me from lifting heavy weights off the floor.
- (3) Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned (e.g., on a table).
- (4) Pain prevents me from lifting heavy weights off the floor, but I can manage light to medium weights if they are conveniently positioned.
- (5) I can only lift very light weights.

## Sitting
- (0) I can sit in any chair as long as I like.
- (1) I can only sit in my favorite chair as long as I like.
- (2) Pain prevents me from sitting more than 1 hour.
- (3) Pain prevents me from sitting more than 1/2 hour.
- (4) Pain prevents me from sitting more than 10 minutes.
- (5) I avoid sitting because it increases pain immediately.

## Traveling
- (0) I get no pain while traveling.
- (1) I get some pain while traveling but none of my usual forms of travel make it worse.
- (2) I get extra pain while traveling but it does not cause me to seek alternate forms of travel.
- (3) I get extra pain while traveling which causes me to seek alternate forms of travel.
- (4) Pain restricts all forms of travel except that done while lying down.
- (5) Pain restricts all forms of travel.

## Standing
- (0) I can stand as long as I want without pain.
- (1) I have some pain while standing but it does not increase with time.
- (2) I cannot stand for longer than 1 hour without increasing pain.
- (3) I cannot stand for longer than 1/2 hour without increasing pain.
- (4) I cannot stand for longer than 10 minutes without increasing pain.
- (5) I avoid standing because it increases pain immediately.

## Social Life
- (0) My social life is normal and gives me no extra pain.
- (1) My social life is normal but increases the degree of pain.
- (2) Pain has no significant effect on my social life apart from limiting my more energetic interests (e.g., dancing, etc).
- (3) Pain has restricted my social life and I do not go out very often.
- (4) Pain has restricted my social life to my home.
- (5) I have hardly any social life because of the pain.

## Walking
- (0) I have no pain while walking.
- (1) I have some pain while walking but it doesn't increase with distance.
- (2) I cannot walk more than 1 mile without increasing pain.
- (3) I cannot walk more than 1/2 mile without increasing pain.
- (4) I cannot walk more than 1/4 mile without increasing pain.
- (5) I cannot walk at all without increasing pain.

## Changing degree of pain
- (0) My pain is rapidly getting better.
- (1) My pain fluctuates but overall is definitely getting better.
- (2) My pain seems to be getting better but improvement is slow.
- (3) My pain is neither getting better or worse.
- (4) My pain is gradually worsening.
- (5) My pain is rapidly worsening.

Back
Index
Score

**Patient Name** Aladdin Maroc Bey      **Date** 10/10/19

This questionnaire will give your provider information about how your neck condition affects your everyday life. Please answer every section by marking the one statement that applies to you. If two or more statements in one section apply, please mark the one statement that most closely describes your problem.

### Pain Intensity

- ⓪ I have no pain at the moment.
- ① The pain is very mild at the moment.
- ② The pain comes and goes and is moderate.
- ❸ The pain is fairly severe at the moment.
- ④ The pain is very severe at the moment.
- ⑤ The pain is the worst imaginable at the moment.

### Personal Care

- ⓪ I can look after myself normally without causing extra pain.
- ① I can look after myself normally but it causes extra pain.
- ② It is painful to look after myself and I am slow and careful.
- ③ I need some help but I manage most of my personal care.
- ④ I need help every day in most aspects of self care.
- ⑤ I do not get dressed, I wash with difficulty and stay in bed.

### Sleeping

- ⓪ I have no trouble sleeping.
- ① My sleep is slightly disturbed (less than 1 hour sleepless).
- ② My sleep is mildly disturbed (1-2 hours sleepless).
- ③ My sleep is moderately disturbed (2-3 hours sleepless).
- ❹ My sleep is greatly disturbed (3-5 hours sleepless).
- ⑤ My sleep is completely disturbed (5-7 hours sleepless).

### Lifting

- ⓪ I can lift heavy weights without extra pain.
- ① I can lift heavy weights but it causes extra pain.
- ② Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned (e.g., on a table).
- ③ Pain prevents me from lifting heavy weights off the floor, but I can manage light to medium weights if they are conveniently positioned.
- ④ I can only lift very light weights.
- ⑤ I cannot lift or carry anything at all.

### Reading

- ⓪ I can read as much as I want with no neck pain.
- ❶ I can read as much as I want with slight neck pain.
- ② I can read as much as I want with moderate neck pain.
- ③ I cannot read as much as I want because of moderate neck pain.
- ④ I can hardly read at all because of severe neck pain.
- ⑤ I cannot read at all because of neck pain.

### Driving

- ⓪ I can drive my car without any neck pain.
- ❶ I can drive my car as long as I want with slight neck pain.
- ② I can drive my car as long as I want with moderate neck pain.
- ③ I cannot drive my car as long as I want because of moderate neck pain.
- ④ I can hardly drive at all because of severe neck pain.
- ⑤ I cannot drive my car at all because of neck pain.

### Concentration

- ⓪ I can concentrate fully when I want with no difficulty.
- ❶ I can concentrate fully when I want with slight difficulty.
- ② I have a fair degree of difficulty concentrating when I want.
- ③ I have a lot of difficulty concentrating when I want.
- ④ I have a great deal of difficulty concentrating when I want.
- ⑤ I cannot concentrate at all.

### Recreation

- ⓪ I am able to engage in all my recreation activities without neck pain.
- ① I am able to engage in all my usual recreation activities with some neck pain.
- ② I am able to engage in most but not all my usual recreation activities because of neck pain.
- ③ I am only able to engage in a few of my usual recreation activities because of neck pain.
- ❹ I can hardly do any recreation activities because of neck pain.
- ⑤ I cannot do any recreation activities at all.

### Work

- ⓪ I can do as much work as I want.
- ① I can only do my usual work but no more.
- ② I can only do most of my usual work but no more.
- ❸ I cannot do my usual work.
- ④ I can hardly do any work at all.
- ⑤ I cannot do any work at all.

### Headaches

- ⓪ I have no headaches at all.
- ① I have slight headaches which come infrequently.
- ② I have moderate headaches which come infrequently.
- ③ I have moderate headaches which come frequently.
- ❹ I have severe headaches which come frequently.
- ⑤ I have headaches almost all the time.

Neck Index Score

## OPERATIONS AND PROCEDURES

Please circle the item for each current symptom, and check the box for past symptoms.

### GENERAL SYMPTOMS

- ☐ Allergy (To What)

  _____
- ☐ Bronchitis
- ☐ Chills    (Constant)
- ☐ Convulsions
- ☐ Dizziness
- ☐ Fainting
- ☐ Fatigue
- ☐ Headache
- ☑ Loss of Sleep
- ☐ Loss of Weight
- ☑ Nervousness
- ☑ Night Sweats
- ☑ Numbness or Pain
  in arms/legs/hands
- ☐ Wheezing

### GASTRO-INTESTINAL

- ☐ Belching or Gas
- ☐ Colon Trouble
- ☐ Constipation
- ☐ Diarrhea
- ☐ Gall Bladder Trouble
- ☐ Hemorrhoids (piles)
- ☐ Jaundice
- ☐ Liver Trouble
- ☐ Nausea
- ☑ Stomach Pain
- ☐ Vomiting
- ☐ Vomiting Blood
- ☐ Heart Burn
- ☐ Bloody Stools
- ☐ Acid Reflux
- ☐ Irritable Bowel

### EYE/EAR NOSE/THROAT

- ☐ Asthma
- ☐ Deafness
- ☐ Earache
- ☐ Ear Discharge
- ☐ Ear Noises
- ☐ Thyroid Problems
- ☐ Frequent Colds
- ☐ Hay Fever
- ☐ Nasal Obstruction
- ☐ Nose Bleeds
- ☐ Pain in Eyes
- ☐ Poor Vision
- ☐ Blurred Vision
- ☐ Sinusitis
- ☐ Sore Throats
- ☐ Tonsillitis

### RESPIRATORY

- ☑ Chest Pain
- ☐ Chronic Cough
- ☐ Difficulty Breathing
- ☐ Spitting Blood
- ☐ Spitting Phlegm

### GENITO-URINARY

- ☐ Bed Wetting
- ☐ Blood in Urine
- ☐ Frequent Urination
- ☐ Inability to Control
  Urine
- ☐ Kidney Infection
- ☐ Kidney Stones
- ☐ Painful Urination
- ☐ Prostate Trouble

### MUSCLES & JOINTS

- ☑ Backache
- ☐ Foot Trouble
- ☐ Hernia
- ☑ Pain Between
  Shoulders
- ☑ Painful Tail Bone
- ☑ Stiff Neck
- ☑ Spinal Curvature
- ☐ Swollen Joints
- ☐ Tremors

### CARDIO-VASCULAR

- ☐ High Blood Pressure
- ☐ Low Blood Pressure
- ☑ Chest Pain
- ☐ Heart Trouble
- ☐ Poor Circulation
- ☐ Rapid Heart
- ☐ Slow Heart
- ☐ Strokes
- ☐ Swelling Ankles
- ☐ Varicose Veins

### SKIN OR ALLERGIES

- ☐ Bruising Easily
- ☐ Dryness
- ☐ Eczema
- ☐ Hives or Allergy
- ☐ Itching
- ☐ Sensitive Skin
- ☐ Skin Eruptions

### FOR FEMALES ONLY

- ☐ Cramps
- ☐ Hot Flashes
- ☐ Irregular Cycle
- ☐ Painful Periods
- ☐ Vaginal Discharge
- ☐ Pregnant Now?
- _____ Last Pap Date
- _____ Last Menstrual Cycle

Date ⬚⬚⬚⬚⬚⬚⬚⬚

Sex (Male)     Female

## Do you have, or have you had any of the following diseases?

☐Appendicitis    ☐Anemia       ☐Heart Disease     ☐Arthritis    ☐Pneumonia       ☐Measles
☐Goiter          ☐Epilepsy     ☐Rheumatic Fever   ☐Mumps        ☐Influenza       ☐Mental Disorder
☐Polio           ☐Chicken Pox  ☐Pleurisy          ☐Lumbago      ☐Tuberculosis    ☐Diabetes
☐Alcoholism      ☐Eczema       ☐Whooping Cough    ☐Cancer       ☐Venereal Disease ☐HIV Positive

## AUTHORIZATION/CONSENT TO TREATMENT

*I hereby give permission to Dixie Chiropractic, Inc. to release information requested by my insurance company/attorney acquired in the course of my examination and treatments. It is understood and agreed the imaging is for examination only and the negatives will remain the property of this office, being on file where they may be viewed.*

*I hereby authorize and direct my insurance company/attorney to pay my benefits directly to Dixie Chiropractic, Inc. I understand I am financially responsible for non-covered services.*

*I hereby give my permission to the doctors and staff of Dixie Chiropractic, Inc. to administer and perform such general procedures as they deem necessary in the diagnosis and/or treatment of my condition.*

**By signing my name below, I understand and agree to the above statements.**

Print patient's name  Aladdin Morac Bey   UCC-1-308

Signature  Aladdin Morac Bey   UCC-1-308        Date  10/10/19

Witness  Lena Lataya Bey-....           Date  10/10/19

2669 S. Dixie Hwy.
Dayton, OH 45409
937 643-0893
Fax 937 643-0892

Consent to use PHI

### Acknowledgement for Consent to Use and Disclosure of Protected Health Information

**Use and Disclosure of your Protected Health Information**

Your Protected Health Information will be used by Dixie Chiropractic or may be disclosed to others for the purposes of treatment, obtaining payment, or supporting the day-to-day health care operations of this office.

**Notice of Privacy Practices**

You should review the Notice of Privacy Practices for a more complete description of how your Protected Health Information may be used or disclosed. It describes your rights as they concern the limited use of health information, including your demographic information, collected from you and created or received by this office. I have received a copy of the Notice of Patient Privacy Policy. A . B  Patient Initials

**Requesting a Restriction on the Use or Disclosure of Your Information**

- You may request a restriction on the use or disclosure of your Protected Health Information.
- This office may or may not agree to restrict the use or disclosure of your Protected Health Information.
- If we agree to your request, the restriction will be binding with this office. Use or disclosure of protected information in violation of an agreed upon restriction will be a violation of the federal privacy standards.

**Notice of Treatment in Open or Common Areas**

While most treatment with the Dr. is conducted in private treatment rooms, some therapeutic rehabilitation and treatment is performed in open areas. Private treatment areas are available upon request.

**Revocation of Consent**

You may revoke this consent to the use and disclosure of your Protected Health Information. You must revoke this consent in writing. Any use or disclosure that has already occurred prior to the date on which your revocation of consent is received will not be affected.

*By my signature below I give my permission to use and disclose my health information.*

UCC † 308

Aladdin Mour Bey _____    10/10/19
Patient or Legally Authorized Individual Signature      Date

Aladdin Moroc Bey _____    2:40
Print Patient's Full Name      Time

Luna Lataya Bey-308ucc _____    10/10/19
Witness Signature      Date

# Informed Consent to Chiropractic Treatment

**The nature of chiropractic treatment**: The doctor will use his/her hands or a mechanical device in order to move your joints. You may feel a "click" or "pop", such as the noise when a knuckle is "cracked", and you may feel movement of the joint. Various ancillary procedures, such as hot or cold packs, electrical muscle stimulation, therapeutic ultrasound or dry hydrotherapy may also be used.

**Possible Risks**: As with any health care procedure, complications are possible following a chiropractic manipulation. Complications could include fractures of bone, muscular strain, ligamentous sprain, dislocation of joints, or injury to intervertebral discs, nerves or spinal cord. Cerebrovascular injury or stroke could occur upon severe injury to arteries of the neck. A minority of patients may notice stiffness or soreness after the first few days of treatment. The ancillary procedures could produce skin irritation, burns or minor complications.

**Probability of risks occurring**: The risks of complications due to chiropractic treatment have been described as "rare", about as often as complications are seen from the taking of a single aspirin tablet. The risk of cerebrovascular injury or stroke, has been estimated at one in one million to one in twenty million, and can be even further reduced by screening procedures. The probability of adverse reaction due to ancillary procedures is also considered "rare".

Other treatment options which could be considered may include the following:

    **\*Over-the-counter analgesics**. The risks of these medications include irritation to stomach, liver, and kidneys, and other side effects in a significant number of cases.

    **\*Medical care**, typically anti-inflammatory drugs, tranquilizers, and analgesics. Risks of these drugs include a multitude of undesirable side effects and patient dependence in a significant number of cases.

    **\*Hospitalization** in conjunction with medical care adds risk of exposure to virulent communicable disease in a significant number of cases.

    **\*Surgery** in conjunction with medical care adds the risks of adverse reaction to anesthesia, as well as an extended convalescent period in a significant number of cases.

**Risks of remaining untreated**: Delay of treatment allows formation of adhesions, scar tissue and other degenerative changes. These changes can further restrict skeletal mobility, and induce chronic pain cycles. It is quite probable that delay of treatment will complicate the condition and make future rehabilitation more difficult. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to treatment.

I have read or have had read to me the explanation above of chiropractic treatment. I have had the opportunity to have any questions answered to my satisfaction. I have fully evaluated the risks and benefits of undergoing treatment. I have freely decided to undergo the recommended treatment and hereby give my full consent to treatment. I intend this consent form to cover the entire course of treatment for my present condition and for any future condition(s) for which I may seek treatment.

_Aladdin Morac Bey_
Patient Name

_Aladdin Moor Bey_
Signature

_10/10/19_
Date

_Luna Latoya Bey_
Witness Name

_Luna Latoya Bey_
Signature

_10/10/19_
Date

10-9-19

Mr. Bey is in our office today with symptoms of headache intermittent in nature secondary to motor vehicle accident 3 weeks ago. Also associated pain in the right shoulder, the neck and the low back. Denies numbness tingling hands arms legs feet. Went to the ER had imaging studies done given a prescription for a pain medication did not help doesn't continue to take it. No other doctors seen.

Physical examination shows a person with a reverse Trendelenburg. He has pain single leg stance on the left and pain right shoulder anteflexion. Elbow and shoulder flexion is painful on the right he's weak internal/external rotation of the right shoulder passive abduction is mildly restricted on the right sid, has marked palpable soreness right anterior supraclavicular nerve as well as Erb's point. He has pain right lateral bending right rotation and extension of the neck. Finger tap is slow on the right terminal tremor finger-nose-finger on the right slowing right hand rapid alternating movements. He has a soreness to percussion T4-5-6 L5. We will send for his imaging studies, we will test his balance, he declines to have his video done for gait assessment.

10-9-19

Luna Bey is in our office today. She comes in with symptoms of headache neck pain and back pain arm and shoulder pain. Numbness and tingling hands arms and feet. She reports the symptoms were acute in onset about 3 weeks ago following a rear impact motor vehicle accident when damage was done to her car. She was seen immediately at the emergency room she had imaging studies done she was released told she had a soft tissue injury given some medications. Medications did not make a significant difference.

If anything she getting worse. The headaches do go away for a time but they always come back and she's having a hard time sleeping she has to constantly change positions between sitting and standing lying down.

Physical examination shows a person with a very unstable gait but she declines to allow video of that for a detailed assessment. She does have pain on the swing and stance phase right leg. Single leg stance is painful on the right uncomfortable on the left but not as much. She has some increased tone throughout that right leg she has decreased vibratory sensation throughout the right side. Her deep tendon reflexes are very brisk on the right side they spread to the ankle spreads up into the knee and the hip. Toes are downgoing. Faberes test is positive right, arm fossa test is equivocal she has exquisite sensitivity lumbosacral junction right sacroiliac joint some sensitivity on the left she has diffuse soreness to percussion throughout the mid and lower thoracic spine. Passive abduction causes pain and her deep tendon reflexes are +2/4 in the upper extremity. She got some slowing in the left hand but there is no overt dysmetria finger-nose-finger however she's hesitant in her movements. No dysdiodochokinesia She has pain cervical range of motion in all planes no better with traction. We will send for her imaging studies and test her balance.