UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALADDIN MOROC BEY, *et al.*,

    Plaintiffs,

vs.

J.S. HUBER, *et al.*,

    Defendants.

Case No. 3:20-cv-66

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 5); (2) DISMISSING THIS CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 5), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (doc. 5) in its entirety; (2) **DISMISSES** this case **WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute; and (3) **TERMINATES** this case on the Court's docket.

    **IT IS SO ORDERED.**


Date: May 26, 2020

*s/Thomas M. Rose
Thomas M. Rose
United States District Judge